IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3000 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JAY GILMORE, | ) | |
| | ) | |
| Defendant. | ) | |

      The defendant was sentenced to a term of imprisonment on May 25, 2012, and was granted the opportunity for self-surrender ninety days thereafter. The defendant remained subject to the terms of his pretrial release while awaiting his self-surrender date.

      A Petition was filed on May 30, 2012, alleging the defendant had violated the terms of his pretrial release. (Filing No. 49). A hearing was convened and the defendant admitted the allegations in the Petition.

      Based on the information before the court, the undersigned magistrate judge is unable to conclude that the defendant does not pose a danger to the safety of any other person or the community if released. See 18 U.S.C. § 3143. Accordingly,

      IT IS ORDERED:

      1)      The defendant's opportunity for self-surrender is revoked.

      2)      If the defendant is released from detention on his pending state criminal charges, he shall be federally detained.

      3)      The Marshal and defendant's counsel shall promptly advise the court if the defendant becomes federally detained so that the commencement of defendant's sentence of federal incarceration can be immediately addressed.

      4)      The clerk shall set a case management deadline of August 8, 2012 to check on the status of defendant's state proceedings.

June 8, 2012.

                                                            BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge